UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| LUIS DAVID VASQUEZ,<br><br>           Petitioner,<br>  v.<br>ROBERT A. HOREL, Warden,<br><br>           Respondent. | ) CV 07-02744-AHS (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED:   June 12, 2009

                                               ALICEMARIE H. STOTLER
                                               ALICEMARIE H. STOTLER
                                           UNITED STATES DISTRICT JUDGE